IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Robin W. Turner, | ) | |
| | ) | Case No. 10 C 50326 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Hirschbach Motor Lines, | ) | |
| | ) | Judge Philip G. Reinhard |
| Defendant. | ) | |
| | ) | |

## ORDER

On September 18, 2013, Magistrate Judge Mahoney following a hearing entered a report and recommendation [47] recommending that judgment be entered in favor of plaintiff and against defendant in the total amount of $256,766.58, representing $151,666.58 in lost wages, $100,000 in emotional pain and suffering damages, and $5,100 in attorney's fees and costs. No timely objection has been filed. The court accepts the report and recommendation. Judgment is entered in favor of plaintiff and against defendant in the amount of $256,766.58. This case is terminated.

Date: 10/10/2013                    ENTER:

_Philip G. Reinhard_

_____
United States District Court Judge

Electronic Notices.
(LC)